WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

MIDSTATE CONSTRUCTION CORPORATION,

Defendant.

Civil Action No.

C 07 4974

**COMPLAINT**

Civil Rights - Employment Discrimination

DEMAND FOR JURY TRIAL

## NATURE OF THE ACTION

This action is brought pursuant to Title VII or the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin, and to provide appropriate relief to Latino/Hispanic employees of Defendant Midstate Construction Corporation who were adversely affected by such practices. Defendant Midstate Construction Corporation subjected its Latino/Hispanic employees to unlawful discrimination based on their national origin when it subjected them to hostile environment harassment because of their Latino national origin.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and

(3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of California, San Francisco/Oakland division.

## INTRADISTRICT ASSIGNMENT

3. This action is appropriate for assignment to San Francisco/Oakland because the unlawful employment practices alleged were and are being committed within, *inter alia*, Sonoma and Alameda Counties, the employment record relevant to the unlawful practices are located in Sonoma County, and because Defendant's principal place of business is in Sonoma County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, §2000-e(f)(1) and (3).

5. Defendant Midstate Construction Corporation is a California Corporation, doing business in the State of California, and has continuously had at least 15 employees.

6. At all relevant times, Defendant Midstate Construction Corporation has continuously been an employer engaged in an industry affecting commerce, within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

## STATEMENT OF CLAIMS

**Violation of Title VII of Civil Rights Act Based on National Origin Harassment**

7. More than thirty days prior to the institution of this lawsuit, Charging Party on EEOC Charge No.370-2006-00270, on which this complaint is based, filed said charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least April 2005, Defendant has engaged in unlawful practices of discrimination based on national origin in violation §703(a) of Title VII, 42 U.S.C. §2000e-2(a)(1) by subjecting Charging Party and other Latino/Hispanic employees to hostile environment harassment because of their national origin.

9. The effect of the actions complained of in paragraph 8 above has been to deprive Charging Party and other Latino/Hispanic employees of equal employment opportunities and otherwise adversely affect their status as employees because of their national origin.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Charging Party and other Latino/Hispanic employees.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with them, from engaging in discrimination, including harassment, based on national origin.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit national origin-based discrimination, and which eradicate the effects of its unlawful employment practices.

C. Order Defendant to make whole Charging Party and other Latino/Hispanic employees harmed, by providing such affirmative relief necessary to eradicate the effects of their unlawful employment practices, such appropriate relief to be determined at trial.

E. Order Defendant to make whole Charging Party and other Latino/Hispanic employees harmed by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of

1  above, including but not limited to such out-of-pocket expenses as medical care
2  necessitated by Defendant's unlawful conduct, in amounts to be determined at trial.
3     E.     Order Defendant to make whole Charging Party and other
4  Latino/Hispanic employees harmed by providing compensation for past and future
5  nonpecuniary losses resulting from the unlawful practices complained of above
6  including, but not limited to emotional pain and suffering, inconvenience, loss of
7  enjoyment of life and humiliation, in amounts to be determined at trial.
8     F.     Order Defendant to pay Charging Party and other Latino/Hispanic
9  employees harmed punitive damages for the malicious and reckless conduct described
10 above, in amounts to be determined at trial.
11    G.     Grant such further relief as the Court may deem just and proper in the
12 public interest.
13    H.     Award the Commission its costs of this action.

### DEMAND FOR JURY TRIAL

Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial.

RONALD S. COOPER
General Counsel
JAMES L. LEE
Deputy General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Office of the General Counsel
Washington, DC 20507

Dated: 9/25/07

WILLIAM R. TAMAYO
Regional Attorney

Dated: 9/24/07

JONATHAN T. PECK
Supervisory Trial Attorney

Dated: Sept. 24, 2007

CINDY O'HARA
Senior Trial Attorney

COMPLAINT                                                                    Page 4