```
 1  WILLIAM R. TAMAYO -- #084965 (CA)
    JONATHAN T. PECK -- #12303 (VA)
 2  CINDY O'HARA -- #114555 (CA)
    EQUAL EMPLOYMENT OPPORTUNITY
 3     COMMISSION
    San Francisco District Office
 4  350 The Embarcadero, Suite 500
    San Francisco, California  94105
 5  Telephone:    (415) 625-5653
    Facsimile:    (415) 625-5657
 6
    Attorneys for Plaintiff EEOC
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-07-04974 |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| **MIDSTATE CONSTRUCTION CORPORATION,** | |
| Defendant. | |

I, Cindy O'Hara, declare:

1. I am an attorney at law, licenced to practice in the state of California, and a senior trial attorney for Plaintiff Equal Employment Opportunity Commission.

2. Attached hereto is the acknowledgment of receipt of summons and complaint by Defendant. Said service was accomplished by mail under the provisions of California Code of Civil Procedure §415.30, pursuant to Federal Rule of Civil Procedure 4(h)(1) which allows for service through state procedures.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of December, 2007, at San Francisco, California.

/s/ Cindy O'Hara