WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA - #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA   94105-1260
Telephone:  (415) 625-5646
Facsimile:  (415) 625-5657

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>    Plaintiff, <br><br> v. <br><br> MIDSTATE CONSTRUCTION CORPORATION, <br><br>    Defendant. | CIV. 07-04974-JL <br><br> STIPULATED (~~PROPOSED~~) ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND CONTINUE ALL DATES |

Service in this case was accomplished November 21, 2007.  On December 11, 2007, Defendant filed its Answer.

In light of the schedules of the attorneys for plaintiff and defendant and the upcoming holidays, counsel for plaintiff and defendant request that the Court vacate the ~~September 26, 2007~~ January 2, 2008 Case Schedule and to continue the Case Schedule dates, as follows:

<u>January 28, 2008</u>

Last day to meet and confer re: initial disclosures, early settlement and ADR process.  File Joint ADR Certification with Stipulation to ADR Process.

**Stipulated Order re Case Management Conference**
**07-04974-JL**                                        1

<u>February 11, 2008</u>

Last day to file Rule 26(f) Report, complete initial disclosures, and file Case Management Statement.

<u>February 20, 2008</u>

Initial Case Management Conference in Courtroom F, 15th Floor, San Francisco, at 10:30a.m.

<u>E-filing concurrence</u>.    I, Jonathan T. Peck, attorney for Plaintiff, EEOC, attest that I obtained the concurrence of Laura Innes, attorney for Defendant Midstate Construction for the filing of this Stipulated Proposed Order.

Respectfully submitted,

Dated: <u>December 11, 2007</u>           /s/
Jonathan T. Peck
Supervisory Trial Attorney
EEOC

For good cause shown, the original case schedule dated September 26, 2007 is vacated and the above-designated case schedule and revised dates is ORDERED.

December 12, 2007
Dated                                       Magistrate Judge James Larson

**Stipulated Order re Case Management Conference**
**07-04974-JL**                              2