LAURA E. INNES, BAR NO. 124259
JAMIE RUDMAN, BAR NO. 166727
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861
LInnes@sgilaw.com
JRudman@sgilaw.com

Attorneys for Defendant
Midstate Construction Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>         v.<br><br>MIDSTATE CONSTRUCTION CORPORATION,<br><br>                Defendant. | Case No. C074974JL<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

1  substantially affected by the outcome of this proceeding: (List names and identify their connection
2  and interest).  Roger Nelson, Sole shareholder of Defendant Midstate Construction Corporation.
3
4
   Date:  February 8, 2008                    Respectfully submitted,
5
                                               SIMPSON, GARRITY & INNES
6                                              Professional Corporation

7                                              By:  _____/s/_____
                                                   LAURA E. INNES
8                                                  JAMIE RUDMAN
                                                   Attorneys for Defendant
9                                                  Midstate Construction Corporation

{CLIENT FILES\8636\21\00084972.DOC}                                                            - 2 -
CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16

## **PROOF OF SERVICE BY MAIL**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is Simpson, Garrity & Innes, Professional Corporation, 601 Gateway Boulevard, Suite 950, South San Francisco, CA 94080.

On the date indicated below, I served by mail a true copy of the following documents:

**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

William R. Tamayo
Jonathan T. Peck
Cindy O'Hara
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 8, 2008, at South San Francisco, California.

                                                             /s/
                                            Danielle Lamica