## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:29-10:33 ( 04 min)
Date: **February 20, 2008**

Case No: **C07- 4974 JL**

Case Name: **EEOC v. Midstate Construction Corp.**

Plaintiff  Attorney(s): John Peck
Defendant Attorney(s): Jamie Rudman

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                      **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to ADR for mediation w/in 90 days.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 6-18-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ] Court


Notes:.



cc: Venice, Kathleen, ADR