IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
EEOC                              )
                                  )
             Plaintiff(s),        )   No.: C- 07-4974 JL
                                  )
       v.                         )   CONSENT TO PROCEED BEFORE A
                                  )   UNITED STATES MAGISTRATE JUDGE
MIDSTATE CONSTRUCTION             )
             Defendant(s).        )
_____)
```

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____          _____
Attorney for Plaintiff             Attorney for Defendant

Dated: 2-20-2008