# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>               Plaintiff(s),<br><br>     v.<br><br>Midstate Construction Corporation,<br><br>               Defendant(s). | 07-04974 JL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Greta W. Schnetzler**
UCSF, Office of Legal Affairs
Faculty Alumni House, 2nd FL.
745 Parnassus Ave.
San Francisco, CA 94143-0986
415-476-8005
gschnetzler@legal.ucsf.edu

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04974 JL MED                                                              - 1 -

1
2   Counsel are reminded that the written mediation statements required by the ADR
3   L.R. 6-7 shall NOT be filed with the court.
4
5   Dated: February 25, 2008

          RICHARD W. WIEKING
          Clerk
          by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04974 JL MED                     - 2 -