UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EEOC

      Plaintiff(s),                                 No. 07-04974 JL

      v.                                       NOTICE OF CONTINUANCE
                                             OF CASE MANAGEMENT CONFERENCE

MIDSTATE CONSTRUCTION CORP.

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for June 18, 2008 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to August 20, 2008 @ 10:30 a.m..

Dated: June 10, 2008

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES MAGISTRATE JUDGE