**FILED**

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. C 07-04974 JL MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Midstate Construction Corporation, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _August 5, 2008_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _August 31_

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

   However, Another session is contemplated.

   Dated: _August 5, 2008_     _Greta Schnetzler_
   
   **Mediator, Greta W. Schnetzler**
   UCSF, Office of Legal Affairs
   Faculty Alumni House, 2nd FL.
   745 Parnassus Ave.
   San Francisco, CA 94143-0986

**Certification of ADR Session**
07-04974 JL MED