the terms of this Order. Attorneys for Plaintiff EEOC will segregate any documents marked as "CONFIDENTIAL", and place in an envelope marked with the designation "Protected from disclosure by Exemptions 6 and 7(c) of the Freedom of Information Act."

Date: August 5, 2008

SIMPSON, GARRITY & INNES
Professional Corporation

By: _____
LAURA E. INNES
JAMIE RUDMAN
Attorneys for Defendant
MIDSTATE CONSTRUCTION
CORPORATION

Date: August 5, 2008

EQUAL EMPLOYMENT OPPORTUNITY
COMMISION

By: _____
WILLIAM R. TAMAYO
JONATHAN T. PECK
CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISION