WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:    (415) 625-5653
Facsimile:     (415) 625-5657

Attorneys for Plaintiff EEOC

**UNITED STATES DISTRICT COURT**

**NORTHERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-07-04974 JL |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |
| v. | |
| **MIDSTATE CONSTRUCTION CORPORATION,** | |
| Defendant. | |

The parties to this matter, by and through their counsel of record,

**HEREBY STIPULATE AND REQUEST** that the Case Management Conference in this matter, currently set for August 20, 2008, at 10:30 a.m., be continued to September 3, 2008 at 10:30 a.m. due to a scheduling conflict.

<u>E-filing concurrence:</u>   I, Cindy O'Hara, counsel for Plaintiff Equal Employment Opportunity Commission (EEOC), attest that I have received the concurrence of Laura Innes, counsel for Defendant Midstate Construction Corporation, for the filing of this stipulation.

//

//

//

| | |
|---|---|
| Dated: August 18, 2008 | Dated: August 18, 2008 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | SIMPSON, GARRITY & INNES |
| ___/S/___ | ___/S/___ |
| Cindy O'Hara<br>For Plaintiff EEOC | Laura Innes<br>For Defendant Midstate Construction Corporation |

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter, currently scheduled for August 20, 2008 at 10:30 a.m., will be rescheduled to September 30, 2008 at 10:30 a.m.

Dated:_____        _____

U.S. District Court Magistrate Judge