```
1  WILLIAM R. TAMAYO -- #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  CINDY O'HARA -- #114555 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3    COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California 94105
5  Telephone:   (415) 625-5653
   Facsimile:    (415) 625-5657
6
7  Attorneys for Plaintiff EEOC
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>          Plaintiff,<br><br>v.<br><br>**MIDSTATE CONSTRUCTION CORPORATION,**<br><br>          Defendant. | Civil Action No. C-07-04974 JL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |

The parties to this matter, by and through their counsel of record,

**HEREBY STIPULATE AND REQUEST** that the Case Management Conference in this matter, currently set for August 20, 2008, at 10:30 a.m., be continued to September 3, 2008 at 10:30 a.m. due to a scheduling conflict.

E-filing concurrence:  I, Cindy O'Hara, counsel for Plaintiff Equal Employment Opportunity Commission (EEOC), attest that I have received the concurrence of Laura Innes, counsel for Defendant Midstate Construction Corporation, for the filing of this stipulation.

//

//

//

| | |
|---|---|
| Dated: August 18, 2008 | Dated: August 18, 2008 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | SIMPSON, GARRITY & INNES |
| /S/ | /S/ |
| Cindy O'Hara<br>For Plaintiff EEOC | Laura Innes<br>For Defendant Midstate Construction Corporation |

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter, currently scheduled for August 20, 2008 at 10:30 a.m., will be rescheduled to September 30, 2008 at 10:30 a.m.

Dated: August 19, 2008

*James Larson*

U.S. District Court Magistrate Judge