UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-07-4974        SAMUEL CONTI           DATE September 3, 2008
Case Number         Judge

Title:     EEOC                 vs MIDSTATE CONSTRUCTION

Attorneys: CINDY O'HARA          JAMIE RUDMAN

Deputy Clerk: T. De Martini      Tape: 10:41:39 - 10:43:09

Court  Pltf's  Deft's
(xxx)  (   )   (   )  1. Further Case Management Conference - Held

(   )  (   )   (   )  2. _____

(   )  (   )   (   )  3. _____

(   )  (   )   (   )  4. _____

(   )  (   )   (   )  5. _____

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 12/10/08 @ 10:30 AM  for Further Case Management
                                        Conference
Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: The parties advised the Court that they
have a phone conference with the Mediator tomorrow.