UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| | | |
|---|---|---|
| <u>C-07-4974</u><br>Case Number | <u>JAMES LARSON</u><br>Judge | DATE <u>September 3, 2008</u> |

Title: <u>EEOC</u> vs <u>MIDSTATE CONSTRUCTION</u>

Attorneys: <u>CINDY O'HARA</u>   <u>JAMIE RUDMAN</u>

Deputy Clerk: <u>T. De Martini</u>   Tape: <u>10:41:39 - 10:43:09</u>

```
Court   Pltf's   Deft's
(xxx)   ( )     ( )    1. Further Case Management Conference - Held

( )     ( )     ( )    2._____

( )     ( )     ( )    3._____

( )     ( )     ( )    4._____

( )     ( )     ( )    5._____
```

( )Motion(s):  ( )Granted  ( )Denied  ( )Withdrawn

( )Granted/Denied  ( )Off Calendar  ( )Submitted

Order to be Prepared by:( )Pltf  ( )Deft  ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to <u>12/10/08 @ 10:30 AM</u> for Further Case Management Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: <u>The parties advised the Court that they have a phone conference with the Mediator tomorrow.</u>