LAURA E. INNES, BAR NO. 124259
JAMIE RUDMAN, BAR NO. 166727
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861
LInnes@sgilaw.com
JRudman@sgilaw.com

Attorneys for Defendant
Midstate Construction Corporation

WILLIAM R. TAMAYO, BAR NO. 084965
DAVID F. OFFEN-BROWN, BAR NO. 063321
EVANGELINA FIERRO HERNANDEZ, BAR NO. 168879
U.S. EQUAL OPPORTUNITY COMMISSION
San Francisco District Office
350 the Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5654
Fax: (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MIDSTATE CONSTRUCTION CORPORATION,<br><br>    Defendant. | Case No. C074974JL<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANGEMENT CONFERENCE;** [proposed] **ORDER** |

{CLIENT FILES\8636\21\00108459.DOC}                                                                                           - 1 -

STIPULATED REQUEST TO CONTINUE CMC CONFERENCE HEARING; [proposed] ORDER

| | |
|---|---|
| 1 | Plaintiff Equal Employment Opportunity Commission and Defendant Midstate Construction Corporation (collectively, the "Parties") jointly request that the Case Management Hearing in the above-captioned matter be continued from May 13, 2009 to May 27, 2008 at 10:30 am in Court Room F. Mediation is scheduled for May 22, 2009 and setting dates for litigation may not be necessary. |

Date: May 8, 2009                        Respectfully submitted,

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation


By: _____/s/_____
    LAURA E. INNES
    JAMIE RUDMAN
    Attorneys for Defendant
    Midstate Construction Corporation


Date: May 8, 2009                        Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


By: _____/s/_____
    WILLIAM R. TAMAYO, Regional Attorney
    DAVID F. OFFEN-BROWN, Supervisory Trial Attorney
    EVANGELINA FIERRO HERNANDEZ, Senior Trial Attorney


**ORDER**

Having reviewed the papers and good cause appearing therefore,

IT IS HEREBY ORDERED that the Fourth Case Management Hearing for May 13, 2008 be continued to May 27, 2009 at 10:30 a.m. in Courtroom F.

Date: May 11, 2009                        _____
    U.S. District Court Magistrate Judge