UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EEOC

        Plaintiff,                         No. 07-04974 JL (EDL)

    v.                                 ORDER EXCUSING ATTENDANCE
                                          AT SETTLEMENT CONFERENCE

MIDSTATE CONSTRUCTION CORP.

        Defendant.

_____/

      On March 8, 2010, Defendant requested that its representative be excused from personally appearing at the settlement conference scheduled for March 10, 2010. Plaintiff does not oppose this request.

      Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant's representative be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on March 10, 2010.

      If the Court concludes that the absence of Defendant's representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant's representative.

SO ORDERED.

Dated: March 8, 2010

                              _____
                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge